A&J MANUFACTURING, LLC, A&J Manufacturing, Inc., Appellants

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION, Appellee

Char-Broil, LLC, Outdoor Leisure Products, Inc., Intervenors

**Outdoor Direct Corporation,
Third-Party**

2015-1494

United States Court of Appeals,
Federal Circuit.

December 9, 2016

ROBERT J. CARLSON, Lee & Hayes PLLC, Seattle, WA, argued for appellants. Also represented by LANCE DONALD REICH, KEVIN EDWARD REGAN, Han Santos Reich PLLC, Seattle, WA.

CATHY CHEN, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for intervenor Char-Broil, LLC. Also represented by WARREN JAMES THOMAS.

MICHAEL R. DZWONCZYK, Sughrue Mion PLLC, Washington, DC, for intervenor Outdoor Leisure Products, Inc. Also represented by MARK BOLAND, BRIAN K. SHELTON.

(Dyk, Plager, and Reyna, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**